UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------x

OUEDRAOGO

                      Plaintiff,      1:25-cv-2723 (ALC)

     -against-                **ORDER**

CITY WORLD TOYOTA ET AL

                   Defendants.

-----------------------------------------------------------x

**ANDREW L. CARTER, JR., United States District Judge:**

On October 23, 2025, Plaintiff filed a letter with the Court explaining the difficulties serving Defendant GEICO, stating that if Plaintiff cannot effectively serve GEICO within 10 days of the letter, Plaintiff will voluntarily dismiss GEICO from the action.

Plaintiff is directed to notify the Court by November 3, 2025 if Plaintiff is voluntarily dismissing GEICO from the action.

**SO ORDERED.**

**Dated:** October 29, 2025

      **New York, New York**                    **ANDREW L. CARTER, JR.**
                                                  **United States District Judge**