**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------x

OUEDRAOGO                                        :
                                                 :
                          Plaintiff,             :        1:25-cv-2723 (ALC)
                                                 :
            -against-                            :        **ORDER**
                                                 :
CITY WORLD TOYOTA ET AL                          :
                                                 :
                          Defendants.            :
                                                 :
-----------------------------------------------------------x

**ANDREW L. CARTER, JR., United States District Judge:**

Following up from the January 29, 2026 conference, the Parties are ORDERED to submit

as joint status report with the status of settlement negotiations by February 26, 2026.

**SO ORDERED.**

**Dated:** January 29, 2026

    **New York, New York**                    **ANDREW L. CARTER, JR.**
                                                 **United States District Judge**