UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------x

**OUEDRAOGO**

                              **Plaintiff,**   :     1:25-cv-2723 (ALC)

        -against-              :     **ORDER**

**CITY WORLD TOYOTA ET AL**

            **Defendants.**

-------------------------------------------------------------x

**ANDREW L. CARTER, JR., United States District Judge:**

The February 26, 2026 jont status report is well over due. The Parties are ORDERED to submit as joint status report with the status of settlement negotiations by April 10, 2026.

**SO ORDERED.**

**Dated:** April 3, 2026

        New York, New York

                                 **ANDREW L. CARTER, JR.**
                                 **United States District Judge**