UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------x

OUEDRAOGO

                         **Plaintiff,**     :     1:25-cv-2723 (ALC)

            -against-                   :     **ORDER**

CITY WORLD TOYOTA ET AL

                **Defendants.**

---------------------------------------------------------x

**ANDREW L. CARTER, JR., United States District Judge:**

Plaintiff and GEICO were supposed to file a stipulation of disruissal by June 16, 2026. These Parties are ORDERED to file a joint status report by June 18, 2026.

**SO ORDERED.**

**Dated:** June 17, 2026

        **New York, New York**                       **ANDREW L. CARTER, JR.**
                                                        **United States District Judge**