UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

KADER OUEDRAOGO,
Plaintiff,

-against-

CITY WORLD TOYOTA et al.,
Defendants.

25-CV-2723 (ALC) (RFT)

**ORDER**

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

This action is scheduled for a status conference on **Wednesday August 5, 2026 at 10:30 AM**. The parties should be prepared to discuss the status of the case. Counsel for the parties are directed to call my conference line at the scheduled time by dialing **(646) 453-4442, Access Code: 712 797 414#.**

By **August 4, 2026**, Defendant City World Toyota shall file a letter on the docket explaining why there is good cause for the Court to accept its late answer. *See* Fed. R. Civ. P. 6(b)(1)(B) ("When an act must be done within a specified time, the court may, for good cause, extend the time . . . on a motion after the time has expired if the party failed to act because of excusable neglect."); *Trisura Ins. Co. v. Bighorn Constr. & Reclamation, LLC*, No. 23-CV-11053 (GHW) (JW), 2024 WL 1658853, at *2 (S.D.N.Y. Apr. 17, 2024) ("Courts have discretion to grant an enlargement of time in which to answer and have done so where defendants have shown that their failure to answer was reasonable.").

DATED: July 28, 2026
New York, NY

SO ORDERED.

______________________________
**ROBYN F. TARNOFSKY**
**United States Magistrate Judge**