**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

**OUEDRAOGO** **Plaintiff,**

**-against-**

**CITY WORLD TOYOTA ET AL**

**Defendants.**

**25-cv-2723 (ALC)**

**ORDER**

**ANDREW L. CARTER, JR., United States District Judge:**

Given that this case has settled, the Clerk of Court is respectfully directed to terminate this case in 30 days.

**SO ORDERED.**

Dated: August 12, 2026
New York, New York

Andrew L Carter Jr

**ANDREW L. CARTER, JR.**
**United States District Judge**